IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(WICHITA DOCKET)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action |
| | ) | |
| v. | ) | No. 09-__10117__-01-WEB |
| | ) | |
| DARIUS E. DELONIA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## INDICTMENT

The Grand Jury charges:

## COUNT 1

On or about September 28, 2009, in the District of Kansas, the defendant,

**DARIUS E. DELONIA,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, ammunition, to-wit:  Remington, UMC .45 caliber ammunition, which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, §§ 922(g)(1) and 924(a)(2).

A TRUE BILL

__October 14, 2009__                                   s/Foreperson_____
DATE                                                          FOREMAN OF THE GRAND JURY

 s/Lanny D. Welch_____
LANNY D. WELCH
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. 13267

(It is requested that trial be held in Wichita, Kansas.)