IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 09-10117-01-WEB |
| ) | |
| DARIUS E. DELONIA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## MOTION FOR WRIT OF HABEAS CORPUS
## AD PROSEQUENDUM

COMES NOW the United States, by and through Matt Treaster, Assistant United States Attorney, and moves the Court for the issuance of a Writ of Habeas Corpus Ad Prosequendum to defendant, Darius E. Delonia. In support of this Motion, the United States avers:

1. Defendant was charged in this district by Indictment on October 14, 2009.

2. Defendant is detained and currently in the custody of the El Dorado Correction Facility, P.O. Box 311, El Dorado, KS 67042.

3. Appearance is necessary by the defendant in this district for prosecution of the charges contained in the Indictment.

WHEREFORE, the United States of America moves the Court for an order issuing a Writ of Habeas Corpus Ad Prosequendum directing the United States Marshal and any other federal law enforcement agency for this district, to produce the defendant, forthwith and for any further proceedings to be held in this cause.

>Respectfully submitted,
>
>LANNY D. WELCH
>United States Attorney
>
>s/ Matt Treaster
>MATT TREASTER
>Kan. S.Ct. No. 17473
>Assistant United States Attorney
>District of Kansas
>301 N. Main, Suite 1200
>Wichita, Kansas 67202
>Tel.:  (316) 269-6481
>FAX: (316) 269-6484
>Matt.Treaster@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

>s/ Matt Treaster
>MATT TREASTER
>Assistant United States Attorney